GEORGE WADSWORTH, Respondent, *v.* LOUISA L. LYON, Appellant.

(Argued April 24, 1885 ; decided May 8, 1885.)

*Spencer Clinton* for appellant.

*James Wadsworth* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JEFFERSON CARLEY, Appellant, *v.* CAROLINE D. POTTS, Respondent.

(Argued April 27, 1885 ; decided May 8, 1885.)

*J. McGuire* for appellant.

*M. J. Sunderlin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.